


UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVATH DIPRASEUTH,<br><br>                              Petitioner,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security, et. al,<br><br>                             Respondents. | Case No.: 25-CV-3471 JLS (BJW)<br><br>**ORDER REGARDING RESPONDENTS' NOTICE OF INTENT TO EXECUTE ORDER OF REMOVAL**<br><br>(ECF No. 5) |

      Presently before the Court is Respondents' Notice of Intent to Execute Order of Removal ("Not.," ECF No. 5). Respondents state that ICE "currently intends to execute Petitioner's order of removal no later than December 15, 2025." Not. at 1. Pursuant to the Court's December 9, 2025, Order to Show Cause ("Order," ECF No. 3), the Petition ("Pet.," ECF No. 1) will not be fully briefed until December 19, 2025. *See* Order. Additionally, having reviewed the Petition, Petitioner may be entitled to release. *See* Pet. at 7 (collecting cases) ("several courts have rejected . . . efforts to re-detain a Laotian immigrant without following its own regulations").

/ / /

/ / /

/ / /

1   Accordingly, Respondents **SHALL NOT** remove Petitioner from the Court's
2 jurisdiction until the Court has issued a ruling on the Petition.
3   **IT IS SO ORDERED.**
4 Dated: December 11, 2025

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge